# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **14-5001**          Case Manager: _____

Case Name: **Virtual Studios, Inc. v. Beaulieu Group, LLC**

Is this case a cross appeal?    ☐ Yes    ☒ No
Has this case or a related one been before this court previously?    ☐ Yes    ☒ No
If yes, state:
  Case Name: _____    Citation: _____
  Was that case mediated through the court's program?    ☐ Yes    ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

| |
|---|
| **See attachment.** |

This is to certify that a copy of this statement was served on opposing counsel of record this __16__ day of ____January____, __2014__.

**Thomas M. Byrne**
Name of Counsel for Appellant

6CA-53
Rev. 6/08

# ATTACHMENT TO
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES
# (Case No. 14-5001)

Specific Issues:

1.      Whether Appellant Beaulieu Group, LLC ("Beaulieu") is entitled to judgment as a matter of law on Plaintiff's claims for statutory damages for copyright infringement because the infringements alleged indisputably began prior to registration of the copyrights.

2.      Whether Beaulieu is entitled to judgment as a matter of law on Plaintiff's statutory damages claims based on two copyrights that were never registered, according to the undisputed evidence.

3.      Whether the $1,950,000 verdict for statutory damages should have been remitted by the District Court as grossly excessive and violative of due process.

4.      Whether the District Court's jury charges and relevant portions of the verdict form on statutory damages were erroneous where they omitted Beaulieu's requested charge regarding the role of Plaintiff's failure to give proper copyright notice in determining whether infringement was innocent; where they omitted Beaulieu's requested language regarding infringement that was neither willful nor innocent; and where they charged on statutory damages factors that were not in evidence.

5.      Whether the District Court erred in allowing Plaintiff's case on liability to reach the jury where Plaintiff did not adduce evidence supporting each element of its claim for each purportedly infringed image.

6.      Whether the jury's findings of infringement and rejection of Beaulieu's defenses were supported by the evidence.

7.      Whether the District Court applied the proper standard in determining whether to grant injunctive relief, including, but not limited to, its conclusion that irreparable harm is presumed in cases of copyright infringement, even after the Supreme Court's decision in *eBay, Inc., v. MercExchange, LLC*.

8.      Whether the District Court properly weighed the factors pertinent to injunctive relief.

9.      Whether the factual findings made by the District Court in the injunctive relief phase improperly denied Beaulieu's Seventh Amendment right to jury trial.